622

respondents.

No. 363. ARROW-HART & HEGEMAN ELECTRIC Co. *v.* FEDERAL TRADE COMM'N. December 11, 1933. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted. *Messrs. Charles Neave, Arthur F. Mullen, Arthur L. Shipman, Wallace W. Brown,* and *Charles Welles Gross* for petitioner. *Solicitor General Biggs, Assistant Attorney General Stephens,* and *Messrs. Wm. G. Davis* and *Robert E. Healy* for respondent.

No. 561. INTERNATIONAL MILLING Co. *v.* COLUMBIA TRANSPORTATION Co. December 11, 1933. Petition for writ of certiorari to the Supreme Court of Minnesota granted. *Messrs. Oscar Mitchell* and *Albert C. Gillette* for petitioner. *Messrs. Edgar W. MacPherran, Thomas H. Garry,* and *Carl V. Essery* for respondent.

No. 575. GILVARY *v.* CUYAHOGA VALLEY RY. Co. December 11, 1933. Petition for writ of certiorari to the Supreme Court of Ohio granted. *Mr. Glen A. Boone* for petitioner. *Mr. W. T. Kinder* for respondent.

No. 578. ASCHENBRENNER *v.* U.S. FIDELITY & GUARANTY Co. December 11, 1933. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit granted. *Mr. Allen G. Wright* for petitioner. *Messrs. Edwin C. Brandenburg* and *Louis M. Denit* for respondent.